**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **D.I. No. 26106** |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that BNSF Railway Company ("BNSF"), appeals under 28 U.S.C. § 158(a) from the Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies, as entered by the Bankruptcy Court in these Chapter 11 proceedings on January 22, 2011 (D.I. 26106).

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

W.R. Grace & Co., *et al.*, Debtors and Debtors-In-Possession

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Lisa G. Esayian<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Tel.: (312) 862-2000<br>Fax: (312) 862-2200 | PACHULSKI STANG ZIEHL &<br>JONES LLP<br>Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Tel.: (302) 652-4100<br>Fax: (302) 652-4400 |

BNSF Railway Company

| | |
|---|---|
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| Henry J. Jaffe | Edward C. Toole, Jr. |
| 1313 North Market Street | Linda J. Casey |
| PO Box 1709 | 3000 Two Logan Square |
| Wilmington, DE 19899 | 18th & Arch Streets |
| Tel.: (302) 777-6500 | Philadelphia, PA 19103 |
| Fax: (302) 421-8390 | Tel.: (215) 981-4000 |
| | Fax: (215) 981-4750 |

Libby Claimants

| | |
|---|---|
| LANDIS RATH & COBB LLP | MURTHA CULLINA, LLP |
| Adam G. Landis (DE No. 3407) | Daniel C. Cohn |
| Kerri Mumford (DE No. 4186) | 99 High Street, 20th Floor |
| 919 Market Street, Suite 1800 | Boston, MA 02110 |
| P.O. Box 2087 | Tel.: (617) 457-4000 |
| Wilmington, DE 19801 | |
| Tel.: (302) 467-4400 | |

The CNA Companies

| | |
|---|---|
| FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P. | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| Elizabeth DeCristofaro | Edward B. Rosenthal |
| Wall Street Plaza, 23rd Floor | P.O. Box 1070 |
| New York, New York 10005-1875 | Wilmington, Delaware 19899 |
| Tel.: (212) 269-4900 | Tel.: (302) 656-4433x6 |
| Fax: (212) 344-4294 | Fax: (302) 658-7567 |

-and-

| | |
|---|---|
| WILDMAN, HARROLD, ALLEN & DIXON LLP | GOODWIN PROCTER LLP |
| Jonathan W. Young | Daniel M. Glosband |
| Jeff Chang | Exchange Place |
| 225 West Wacker Drive | Boston, Massachusetts 02109 |
| Chicago, Illinois 60606-1229 | Tel.: (617) 570-1000 |
| Tel.: (312) 201-2662 | Fax: (617) 523-1231 |
| Fax: (312) 416-4524 | |

-and-

GOODWIN PROCTER LLP
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

David T. Austern,
Asbestos PI Future Claimants' Representative

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips
1200 North Broom Street
Wilmington, DE 19806
Tel.: (302) 655-4200
Fax: (302) 655-4210

ORRICK, HERRINGTON &
SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Tel.: (202) 339-8400
Fax: (202) 339-8500

Official Committee
of Asbestos Personal Injury Claimants

CAMPBELL & LEVINE, LLC
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 426-1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE,
CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Tel.: (212) 319-7125
Fax: (212) 644-6755

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

Respectfully submitted,

Dated: February 1, 2011
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

Counsel for BNSF Railway Company

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, do hereby certify that on February 1, 2011, I served the foregoing Notice of Appeal by causing copies thereof to be served via hand delivery and facsimile upon the entities on the service list attached hereto as **Exhibit A**. I further certify that on February 1, 2011, I served the Notice of Appeal by causing copies thereof to be served via first class mail, postage prepaid and facsimile upon the entities on the service list attached hereto as **Exhibit B.**

Dated: February 1, 2011
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Henry J. Jaffe (DE No. 2987)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

#13793444 v1

-2-

# EXHIBIT A

Debtors
c/o Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Fax: 302-652-4400

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
Fax: 302-573-6497

Libby Claimants
c/o Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Fax: 302-467-4450

The CNA Companies
c/o Edward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, Delaware 19899
Fax: 302-658-7567

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

Official Committee
of Asbestos Personal Injury Claimants
c/o Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

Official Committee of Asbestos Property
Damage Claimants
c/o Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

Asbestos PD Future Claimants'
Representative
c/o Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Fax: 302-888-0606

# EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Fax: 312-862-2200

Debtors
c/o Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Fax: 312-641-2165

Libby Claimants
c/o Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Fax: 617-482-3868

The CNA Companies
c/o Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Fax: 212-344-4294

The CNA Companies
c/o Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Fax: 312-416-4524

The CNA Companies
c/o Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Fax: 617-523-1231

The CNA Companies
c/o Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Fax: 202-346-4444

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Fax: 202-339-8500

Official Committee
of Asbestos Personal Injury Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
Fax: 202-429-3301

-4-

| | |
|---|---|
| Official Committee of Asbestos Property Damage Claimants<br>c/o Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>Fax: 305-374-7593 | Asbestos PD Future Claimants' Representative<br>c/o Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Fax: 214-749-0325 |