IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*., | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

**BNSF RAILWAY COMPANY'S DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL**

Appellant, BNSF Railway Company ("BNSF"), in accordance with Fed. R.

Bankr. P. 8006, designates the following documents to be included in the record on appeal, and

also submits the following statement of issues to be presented in connection with the appeal from

the Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules

2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure, Approving the

Settlement Agreement Between W. R. Grace & Co. and the CNA Companies, as entered by the

Bankruptcy Court in these proceedings on January 22, 2011 (D.I. 26106).

I.      STATEMENT OF ISSUES ON APPEAL

1.      Did the Bankruptcy Court err by finding that BNSF Railway Company did

not have rights in the "Subject Policies" (as defined in the Settlement Agreement) and as a result,

BNSF's rights could be compromised without its consent?

2.      Did the Bankruptcy Court err by finding that the Settlement Agreement

was fair and equitable as to BNSF Railway Company?

3.      Did the Bankruptcy Court err by approving as adequate the consideration

to be paid by the CNA Companies to the Debtors, but without first determining whether the

"failure to warn" claims asserted against the CNA Companies would also be compromised by the

Settlement Agreement and included in the Bankruptcy Code Section 524(g) channeling injunction?

4.      Did the Bankruptcy Court err by refusing to consider, in connection with the approval of the CNA Settlement Agreement, whether the CNA Companies were entitled to a channeling injunction in accordance with Section 524(g), where the confirmation hearing had been previously concluded and the record closed, and without reopening the confirmation hearing?

5.      Did the Bankruptcy Court err by finding that the consideration provided by the CNA Companies was within the fair settlement value of the claims, even though no evidence was provided regarding the value of the "failure to warn" claims asserted directly against the CNA Companies?

6.      Did the Bankruptcy Court err by finding that the consideration provided by the CNA Companies provided just compensation to the holders of "failure to warn" claims when no evidence was provided regarding the value of the "failure to warn" claims asserted directly against the CNA Companies?

7.      Did the Bankruptcy Court err by finding that the settlement agreement was fair and equitable in light of the consideration provided by the CNA Companies in accordance with Bankruptcy Code Section 524(g)(4)(B)(ii) when no evidence was provided regarding the value of the "failure to warn" claims asserted directly against the CNA Companies?

8.      Did the Bankruptcy Court err by finding that the Settlement Agreement provided just compensation to the "failure to warn" claimants where the cash payment to be provided by the CNA Companies was earmarked <u>not</u> for such claimants, but, instead, will be distributed *pro rata* to <u>all</u> holders of asbestos personal injury claims against the Debtors?

9.      Did the Bankruptcy Court err by finding that the issuance of the Bankruptcy Code Section 524(g)(4)(B)(ii) channeling injunction in favor of the CNA Companies

-2-

was fair and equitable to the holders of "failure to warn" claims directly against the CNA

Companies, where the cash payment to be provided by the CNA Companies is not earmarked for

such claimants, but, instead, will be distributed *pro rata* to all holders of asbestos personal injury

claims against the Debtors?

## II.     DESIGNATION OF RECORD ON APPEAL

BNSF Railway Company hereby designate the following items to be included in

the record on appeal:

| 1 | 12/22/2008 | 20309 | Objection to Confirmation of Plan Filed by BNSF Railway Company |
|---|---|---|---|
| 2 | 05/20/2009 | 21769 | Objection Of BNSF Railway Company To Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 3, 2009 |
| 3 | 07/13/2009 | 22410 | Document Filed Under Seal - Trial Brief Of BNSF Railway Company Objecting To Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated February 3, 2009 |
| 4 | 07/20/2009 | 22526 | Pre-Trial Submission of BNSF Railway Company |
| 5 | 11/18/2010 | 25776 | Motion to Approve Compromise under Rule 9019 / Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and the CNA Companies. |
| 6 | 12/07/2010 | 25877 | Notice of Service of Discovery: (1) Request for Production of Documents to The CNA Companies and (2) Request for Production of Documents to the Debtors W.R. Grace & Co., et al. |
| 7 | 12/23/2010 | 25954 | Objection of BNSF Railway Company to Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W.R. Grace & Co. and The CNA Companies |
| 8 | 12/23/2010 | 25955 | Objection to Debtors' Motion to Approve Settlement with the CNA Companies Filed by Libby Claimants |

| 9 | 01/03/2011 | 25997 | Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies. Filed by W.R. Grace & Co., et al. |
| 10 | 01/03/2011 | 25998 | Motion for Leave -- CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure |
| 11 | 01/03/2011 | 26004 | Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in Debtors' Motion for an Order Approving Settlement Agreement and Mutual Release with the CNA Companies and Debtors' Reply to Objections of the Libby Claimants and BNSF Railway |
| 12 | 01/06/2011 | 26033 | Order Granting Debtors' Motion for Leave to File Reply to Objections of the Libby Claimants and BNSF Railway to Debtors' Motion for an Order Approving the Settlement with the CNA Companies |
| 13 | 01/06/2011 | 26039 | Reply (Debtors') to Objection of the Libby Claimants and of BNSF Railway to Debtors' Motion for an Order Approving the Settlement Agreement and Mutual Release with the CNA Companies |
| 14 | 01/07/2011 | 26046 | Order Granting CNA Companies' Motion for Leave to File Reply in Support of the Debtors' Motion for an Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies |
| 15 | 01/07/2011 | 26048 | Reply Memorandum of the CNA Companies in Support of the Debtors' Motion for an Order Approving the Settlement Between W.R. Grace & Co. and the CNA Companies |
| 16 | 01/19/2011 | 26088 | Certification of Counsel Regarding Order on Debtors' Motion for Approval of Settlement Agreement with the CNA Companies. Filed by W.R. Grace & Co., et al |
| 17 | 01/20/2011 | 26100 | Certification of Counsel For BNSF Railway Company Regarding Order On Debtors' Motion For Approval Of Settlement Agreement With The CNA Companies |
| 18 | 01/20/2011 | 26101 | Certification of Counsel Regarding Order on Debtors' Motion for Approval of Settlement Agreement with the CNA Companies Filed by Libby Claimants |
| 19 | 01/22/2011 | 26106 | Order Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. and the CNA Companies |
| 20 | 01/24/2011 | 26108 | Transcript regarding Hearing Held 1/10/2011 |

#13857745 v1

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF1A | 1A to 3A | Agreement between The Great Northern Railway Company ("GN") and The Zonolite Company ("Zonolite"), dated August 2, 1938 |
| BNSF1B | 1B to 3B | Agreement between The Great Northern Railway Company and The Zonolite Company dated August 2, 1938 |
| BNSF2A | 4A to 6A | Agreement between GN and Zonolite, dated October 10, 1938 |
| BNSF2B | 4B to 6B | Agreement between GN and Zonolite, dated October 10, 1938 |
| BNSF3A | 7A to 8A | Agreement between GN and Universal Zonolite Insulation Company dated May 24, 1941 |
| BNSF3B | 7B to 8B | Agreement between GN and Universal Zonolite Insulation Company ("Universal Zonolite"), dated May 24, 1941 |
| BNSF4A | 9A to 11A | Agreement between GN and Zonolite, dated September 15, 1942 |
| BNSF4B | 9B to 11B | Agreement between GN and Zonolite, dated September 15, 1942 |
| BNSF5A | 12A to 15A | Agreement between GN and Universal Zonolite, dated December 15, 1942 |
| BNSF5B | 12B to 15B | Agreement between GN and Universal Zonolite, dated December 15, 1942 |
| BNSF6A | 16A to 18A | Agreement between GN and Universal Zonlite, dated June 30, 1944 |
| BNSF6B | 16B to 18B | Agreement between GN and Universal Zonlite, dated June 30, 1944 |
| BNSF7A | 19A to 22A | Agreement between GN and Zonolite, dated April 20, 1950 |
| BNSF7B | 19B to 22B | Agreement between GN and Zonolite, dated April 20, 1950 |
| BNSF8A | 23A to 24A | Agreement between GN and Zonolite, dated October 12, 1950 |
| BNSF8B | 23B to 24B | Agreement between GN and Zonolite, dated October 12, 1950 |
| BNSF9A | 25A | Agreement between GN and Zonlite, dated December 3, 1956 |
| BNSF9B | 25B | Agreement between GN and Zonlite, dated December 3, 1956 |
| BNSF10A | 26A to 27A | Agreement between Zonolite and W.R. Grace & Co., dated April 16, 1963 |
| BNSF10B | 26B to 27B | Agreement between Zonolite and W.R. Grace & Co., dated April 16, 1963 |
| BNSF11 | 28A to 30A | Agreement between GN and Zonlite Division, W.R. Grace & Co., dated October 5, 1965 |
| BNSF12A | 31A to 33A | Agreement between Burlington Northern Inc. and W.R. Grace & Co., dated April 1, 1974 |
| BNSF12B | 31B to 33B | Agreement between Burlington Northern Inc. and W.R. Grace & Co., dated April 1, 1974 |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF13A | 34A to 36A | Agreement between Burlington Northern Railroad Company, W.R. Grace & Co. – Conn., and City of Libby Montana, dated December 18, 1995. |
| BNSF13B | 34B to 36B | Agreement between Burlington Northern Railroad Company, W.R. Grace & Co. – Conn., and City of Libby Montana, dated December 18, 1995. |
| BNSF 85 | 3608-3623 | Second Amended Complaint and Demand for Jury Trial of Richard R. Torgerson, et al. v. State of Montana, et al. |
| BNSF 86 | 3624-3643 | Amended Complaint and Demand for Trial by Jury of Richard R. Torgerson, et al. v. International Paper Company, et al. |
| BNSF 87 | 3644-3664 | Third Amended Complaint and Demand for Jury Trial of Kay and Richard Vinson, et al. v. State of Montana, et al. |
| BNSF 88 | 3665-3684 | Amended Complaint and Demand for Jury Trial of Kay and Richard Vinson, et al. v. State of Montana, et al. |
| BNSF 89 | 3685-3725 | Second Amended Complaint and Jury Demand of Patricia Youso, et al. v. BNSF Railway Company, et al. |
| BNSF 90 | 3726-3749 | Complaint and Jury Demand of Joseph Youso, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 91 | 3750-3767 | Complaint and Jury Demand of Debbie Zahner v. W.R. Grace & Company, et al. |
| BNSF 92 | 3768-3784 | Complaint and Demand for Jury Trial of Robert M. and Georgiana Edwards, et al. v. State of Montana, et al. |
| BNSF 93 | 3785-3801 | Complaint and Demand for Jury Trial of Arthur and Ursula Farmer, et al. v. State of Montana, et al. |
| BNSF 94 | 3802-3812 | Complaint and Demand for Trial by Jury of Nancy H. and James A. Adams, et al. v. International Paper Company, et al. |
| BNSF 95 | 3813-3827 | Complaint and Demand for Trial by Jury of Ellen A. Adkins, et al. v. International Paper Company, et al. |
| BNSF 96 | 3828-3845 | Amended Complaint and Demand for Trial by Jury of Ellen A. Adkins, et al. v. International Paper Company, et al. |
| BNSF 97 | 3846-3859 | Complaint and Jury Demand of Rose M. Allenberg, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 98 | 3860-3880 | Complaint and Jury Demand of Arnold Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 99 | 3881-3905 | Summons of Betsy Arnold, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 100 | 3906-3910 | Complaint of Robert R. and Donna M. Barnes v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 101 | 3911-3929 | Third Amended Complaint of Robert R. and Donna M. Barnes v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 102 | 3930-3951 | Amended Complaint and Jury Demand of G. Neil Bauer v. Burlington Northern Santa Fe Railway Company, et al. |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF 103 | 3952-3963 | Complaint and Demand for Trial by Jury of Raymond Bergroos, et al. v. International Paper Company, et al. |
| BNSF 104 | 3964-3978 | Complaint and Demand for Jury Trial of Alan G. Bitterman, et al. v. State of Montana, et al. |
| BNSF 105 | 3979-3998 | First Amended Complaint and Demand for Jury Trial of Alan G. Bitterman, et al. v. State of Montana, et al. |
| BNSF 106 | 3999-4013 | Second Amended Complaint and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. |
| BNSF 107 | 4014-4031 | Amended Complaint  and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. |
| BNSF 108 | 4032-4050 | Complaint and Demand for Jury Trial of Frank D. Bolles, et al. v. State of Montana, et al. |
| BNSF 109 | 4051-4071 | Amended Complaint and Jury Demand of Linda Bradley, et al. v Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 110 | 4072-4092 | Complaint and Jury Demand of Linda Bradley, et al. v Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 111 | 4093-4108 | Second Amended Complaint and Demand for Jury Trial of Eunice L. Burrese, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 112 | 4109-4129 | Third Amended Complaint and Demand for Jury Trial of Eunice L. Burrese, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 113 | 4130-4141 | Complaint and Demand for Jury Trial of Sharon Burton, et al. v. State of Montana, et al. |
| BNSF 114 | 4142-4159 | Amended Complaint and Demand for Jury Trial of Sharon Burton, et al. v. State of Montana, et al. |
| BNSF 115 | 4160-4174 | Complaint and Demand for Jury Trial of Dan C. Busby, et al. v. State of Montana, et al. |
| BNSF 116 | 4175-4190 | Amended Complaint and Demand for Jury Trial of Dan B. Busby, et al. v. State of Montana, et al. |
| BNSF 117 | 4191-4211 | Amended Complaint and Jury Demand of Bethene Candee, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 118 | 4212-4232 | Complaint and Jury Demand of Bethene Candee, et al. v. W.R. Grace & Company, et al. |
| BNSF 119 | 4233-4255 | Summons of Mike Carlberg, et al v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 120 | 4256-4269 | Complaint and Jury Demand of David N. Carlson v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 121 | 4270-4289 | Amended Complaint and Demand for Jury Trial of Bruce A. Carrier, et al. v. State of Montana, et al. |
| BNSF 122 | 4290-4306 | Complaint and Demand for Jury Trial of Bruce A. Carrier, et al. v. State of Montana, et al. |
| BNSF 123 | 4307-4328 | Third Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF 124 | 4329-4351 | Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al v. State of Montana, et al. |
| BNSF 125 | 4352-4369 | Second Amended Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. |
| BNSF 126 | 4370-4391 | Complaint and Demand for Jury Trial of Betty P. Challinor, et al. v. State of Montana, et al. |
| BNSF 127 | 4392-4413 | Complaint and Jury Demand of Cheryl Chandler, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 128 | 4414-4429 | Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 129 | 4430-4450 | Second Amended Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. BNSF Railway Company, et al. |
| BNSF 130 | 4451-4470 | Amended Complaint and Demand for Jury Trial of Fred E. Chase, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 131 | 4471-4492 | Complaint and Jury Demand of David Christiansen, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 132 | 4493-4512 | Amended Complaint and Jury Demand of Thomas J. Cole, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 133 | 4513-4533 | Amended Complaint and Jury Demand of Myra E. Cole v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 134 | 4534-4546 | Complaint and Demand for Trial by Jury of Joseph A. Daniels, et al. v. International Paper Company, et al. |
| BNSF 135 | 4547-4553 | Complaint and Demand for Jury Trial of Paul DeKaye, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 136 | 4554-4568 | Amended Complaint and Demand for Jury Trial of Lois D. Dickerman, et al. v. State of Montana, et al. |
| BNSF 137 | 4569-4582 | Complaint and Demand for Jury Trial of Lois D. Dickerman, et al. v. State of Montana, et al. |
| BNSF 138 | 4583-4599 | Complaint and Demand for Jury Trial of Robert M. Edwards, et al. v. State of Montana, et al. |
| BNSF 139 | 4600-4614 | Amended Complaint and Demand for Jury Trial of Robert M. Edwards, et al. v. State of Montana, et al. |
| BNSF 140 | 4615-4632 | Complaint and Demand for Trial by Jury of Duane R. Erickson, et al. v. State of Montana, et al. |
| BNSF 141 | 4633-4655 | Amended Complaint and Demand for Trial by Jury of Duane R. Erickson, et al. v. State of Montana, et al. |
| BNSF 142 | 4656-4680 | Amended Complaint and Jury Demand of Albert J. Fantozzi v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 143 | 4681-4697 | Complaint and Demand for Jury Trial of Arthur Farmer, et al. v. State of Montana, et al. |
| BNSF 144 | 4698-4716 | Second Amended Complaint and Demand for Jury Trial of |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | Arthur Farmer, et al. v. State of Montana, et al. |
| BNSF 145 | 4717-4731 | Amended Complaint and Demand for Jury Trial of Arthur Farmer, et al. v. State of Montana, et al. |
| BNSF 146 | 4732-4752 | Complaint and Jury Demand of Frank Filopoulos v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 147 | 4753-4773 | Complaint and Jury Demand of Geraldine Fletcher, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 148 | 4774-4788 | Complaint and Demand for Jury Trial of Bruce E. Foss, et al. v. State of Montana, et al. |
| BNSF 149 | 4789-4807 | Amended Complaint and Demand for Jury Trial of Bruce E. Foss, et al. v. State of Montana |
| BNSF 150 | 4808-4820 | Complaint and Jury Demand of Dwayne Galbreth v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 151 | 4821-4838 | Complaint and Demand for Trial by Jury of Blake Gardiner, et al. v. International Paper Company, et al. |
| BNSF 152 | 4839-4857 | Complaint and Jury Demand of Charlene Garrison, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 153 | 4858-4872 | Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. |
| BNSF 154 | 4873-4887 | Amended Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. |
| BNSF 155 | 4888-4902 | Amended Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. |
| BNSF 156 | 4903-4917 | Complaint and Demand for Jury Trial of Daniel R. Goyen, et al. v. State of Montana, et al. |
| BNSF 157 | 4918-4936 | Complaint and Jury Demand of Mary A. Graham, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 158 | 4937-4958 | Amended Complaint and Jury Demand of Alice Grunerud v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 159 | 4959-4979 | Complaint and Jury Demand of Alice Grunerud v. W. R. Grace & Company (Connecticut), et al. |
| BNSF 160 | 4980-5000 | Amended Complaint and Demand for Jury Trial of Clinton Hagen, et al. v. State of Montana, et al. |
| BNSF 161 | 5001-5021 | Complaint and Demand for Jury Trial of Clinton Hagen, et al. v. State of Montana, et al. |
| BNSF 162 | 5022-5042 | Complaint and Demand for Jury Trial of Doug E. Hale, et al. v. State of Montana, et al. |
| BNSF 163 | 5043-5057 | Amended Complaint and Demand for Jury Trial of Arthur E. Hall, et al v. State of Montana, et al. |
| BNSF 164 | 5058-5072 | Complaint and Demand for Jury Trial of Arthur E. Hall, et al. v. State of Montana, et al. |
| BNSF 165 | 5073-5092 | Second Amended Complaint and Demand for Jury Trial of Caroline Hamann, et al. v. State of Montana, et al. |
| BNSF 166 | 5093-5108 | Amended Complaint and Demand for Jury Trial of Caroline Hamann, et al. v. State of Montana, et al. |
| BNSF 167 | 5109-5129 | Complaint and Demand for Jury Trial of Caroline Hamann, |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | et al. v. State of Montana, et al. |
| BNSF 168 | 5130-5144 | Complaint and Demand for Jury Trial of Frances M. Harshaw, et al. v. State of Montana, et al. |
| BNSF 169 | 5145-5163 | Amended Complaint and Demand for Jury Trial of Frances M. Harshaw, et al. v. State of Montana, et al. |
| BNSF 170 | 5164-5184 | Second Amended Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. |
| BNSF 171 | 5185-5200 | Amended Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. |
| BNSF 172 | 5201-5216 | Complaint and Demand for Jury Trial of Stuart A. Hart, et al. v. State of Montana, et al. |
| BNSF 173 | 5217-5220 | Complaint and Demand for Jury Trial of William L. Hobbs, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 174 | 5221-5239 | Second Amended Complaint and Demand for Jury Trial of Donald F. Hodges, et al. v. State of Montana, et al. |
| BNSF 175 | 5240-5261 | Amended Complaint and Jury Demand of Walter Hume, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 176 | 5262-5273 | Complaint and Jury Demand of Walter Hume v. W.R. Grace & Company, et al. |
| BNSF 177 | 5274-5284 | Complaint and Jury Demand of William J. Hunnewell v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 178 | 5285-5294 | Complaint and Demand for Trial by Jury of Theodore T. Johnson, et al. v. International Paper Company, et al. |
| BNSF 179 | 5295-5309 | Complaint and Demand for Jury Trial of Patti L. Keeler, et al. v. State of Montana, et al. |
| BNSF 180 | 5310-5328 | Amended Complaint and Demand for Jury Trial of Patti L. Keeler, et al. v. State of Montana, et al. |
| BNSF 181 | 5329-5349 | Amended Complaint and Jury Demand of Arnold Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 182 | 5350-5370 | Amended Complaint and Jury Demand of Carol Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 183 | 5371-5391 | Complaint and Jury Demand of Lonnie Kelley v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 184 | 5392-5411 | Amended Complaint and Jury Demand of Thomas J. Kelly v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 185 | 5412-5427 | Complaint and Demand for Jury Trial of Gynell D. Kujawa, et al. v. State of Montana, et al. |
| BNSF 186 | 5428-5447 | Complaint and Jury Demand of Christ Kuntz v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 187 | 5448-5469 | Amended Complaint and Jury Demand of Estate of Steven D. Kvapil, et al. v. Burlington Northern Santa Fe Railway Company, et al. |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF 188 | 5470-5491 | Complaint and Jury Demand of Steven D. Kvapil, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 189 | 5492-5512 | Complaint and Jury Demand of Dean Leckrone, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 190 | 5513-5527 | Amended Complaint and Demand for Trial by Jury of Carl M. Lundstrom, et al. v. State of Montana, et al. |
| BNSF 191 | 5528-5544 | Amended Complaint and Demand for Jury Trial of John A. Martineau, et al. v. State of Montana, et al. |
| BNSF 192 | 5545-5559 | Third Amended Complaint and Demand for Jury Trial of George L. Masters, et al. v. State of Montana, et al. |
| BNSF 193 | 5560-5578 | Second Amended Complaint and Demand for Jury Trial of George L. Masters, et al. v. International Paper Company, et al. |
| BNSF 194 | 5579-5601 | Complaint and Jury Demand of Roy L. McMillan, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 195 | 5602-5622 | Complaint and Jury Demand of Reginald W. McMurdo v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 196 | 5623-5643 | Amended Complaint and Jury Demand of Reginald W. McMurdo v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 197 | 5644-5664 | Amended Complaint and Jury Demand of Genevieve H. Mejie v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 198 | 5665-5689 | Amended Complaint and Jury Demand of Lewis D. Meyer v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 199 | 5690-5699 | Complaint and Demand for Jury Trial of Roland F. Meyer v. BNSF Railway Company, et al. |
| BNSF 200 | 5700-5717 | Complaint and Demand for Trial by Jury of Gerald H. Michels, et al. v. State of Montana, et al. |
| BNSF 201 | 5718-5732 | Amended Complaint and Jury Demand of Frederick Miller v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 202 | 5733-5742 | Complaint and Jury Demand of Ted Moos v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 203 | 5743-5765 | Summons of Rosemarie Munsel, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 204 | 5766-5779 | Complaint and Demand for Jury Trial of Rob Neils, et al. v. State of Montana, et al. |
| BNSF 205 | 5780-5815 | Amended Complaint and Jury Demand of Dee Dee Newmarch v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 206 | 5816-5827 | Complaint and Demand for Trial by Jury of Alvin R. Nicholls, et al. v. International Paper Company, et al. |
| BNSF 207 | 5828-5836 | Complaint and Demand for Jury Trial of Glynda Olson v. BNSF Railway Company, et al. |
| BNSF 208 | 5837-5855 | Amended Complaint and Jury Demand of Howard Orr v. Burlington Northern Santa Fe Railway Company, et al. |

#13857745 v1

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| BNSF 209 | 5856-5876 | Complaint and Jury Demand of Donald A. Peterson v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 210 | 5877-5898 | Amended Complaint and Jury Demand of James R. Peterson v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 211 | 5899-5912 | Complaint and Demand for Jury Trial of Lorainne E. Petrusha, et al. v. State of Montana, et al. |
| BNSF 212 | 5913-5926 | Amended Complaint and Demand for Jury Trial of Lorainne E. Petrusha, et al. v. State of Montana, et al. |
| BNSF 213 | 5927-5942 | Amended Complaint and Demand for Jury Trial of Paul R. Price, et al. v. State of Montana, et al. |
| BNSF 214 | 5943-5960 | Complaint and Demand for Jury Trial of Paul R. Price, et al. v. State of Montana, et al. |
| BNSF 215 | 5961-5981 | Amended Complaint and Jury Demand of Denise M. Raan v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 216 | 5982-5998 | Amended Complaint and Demand for Jury Trial of Ray Ramel, et al. v. State of Montana, et al. |
| BNSF 217 | 5999-6019 | Complaint and Jury Demand of Jeff Regh, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 218 | 6020-6040 | Complaint and Jury Demand of John Riewoldt, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 219 | 6041-6060 | Complaint and Demand for Trial by Jury of Vernon F. Riley, et al. v. State of Montana, et al. |
| BNSF 220 | 6061-6076 | Amended Complaint and Demand for Jury Trial of Guenther E. Schauss, et al. v. State of Montana, et al. |
| BNSF 221 | 6077-6098 | Complaint and Jury Demand of James Schnetter, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 222 | 6099-6139 | Amended Complaint and Jury Demand of James Schnetter, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 223 | 6140-6163 | Summons of Trevert Shelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 224 | 6164-6186 | Second Amended Complaint and Demand for Jury Trial of Brent W. Skramstad, et al. v. State of Montana, et al. |
| BNSF 225 | 6187-6205 | Amended Complaint and Demand for Jury Trial of Brent W. Skramstad, et al. v. State of Montana, et al. |
| BNSF 226 | 6206-6217 | Complaint and Demand for Trial by Jury of Lester L. Skramstad, et al. v. International Paper Company, et al. |
| BNSF 227 | 6218-6239 | Third Amended Complaint and Demand for Trial by Jury of Doloris Spady, et al. v. International Paper Company, et al. |
| BNSF 228 | 6240-6260 | Amended Complaint and Demand for Trial by Jury of Doloris Spady, et al. v. International Paper Company, et al. |
| BNSF 229 | 6261-6276 | Amended Complaint and Demand for Jury Trial of Stuart Spady, Sr., et al. v. State of Montana, et al. |
| BNSF 230 | 6277-6291 | Complaint and Demand for Jury Trial of Stuart Spady, Sr., |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | et al. v. State of Montana, et al. |
| BNSF 231 | 6292-6312 | Amended Complaint and Jury Demand of Barbara Spencer v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 232 | 6313-6327 | Complaint and Demand for Jury Trial of Kenneth L. Stapley, et al. v. State of Montana, et al. |
| BNSF 233 | 6328-6342 | Amended Complaint and Demand for Jury Trial of Kenneth L. Stapley, et al. v. State of Montana, et al. |
| BNSF 234 | 6343-6356 | Complaint and Demand for Jury Trial of Marvin C. Steele, et al. v. State of Montana, et al. |
| BNSF 235 | 6357-6369 | Complaint and Demand for Jury Trial of Gary D. Swenson, et al. v. State of Montana, et al. |
| BNSF 236 | 6370-6389 | Amended Complaint and Demand for Trial by Jury of Lois G. Post Theonnes, et al. v. State of Montana, et al. |
| BNSF 237 | 6390-6410 | Complaint and Jury Demand of Orville Thorn, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 238 | 6411-6419 | Complaint and Demand for Trial by Jury of Richard R. Torgerson, et al. v. International Paper Company, et al. |
| BNSF 239 | 6420-6439 | Complaint and Demand for Jury Trial of Gerald C. Vaughn, et al. v. International Paper Company, et al. |
| BNSF 240 | 6435-6450 | Second Amended Complaint and Demand for Jury Trial of Kay Vinson, et al. v. State of Montana, et al. |
| BNSF 241 | 6451-6468 | Complaint and Demand for Jury Trial of Kay Vinson, et al. v. State of Montana, et al. |
| BNSF 242 | 6469-6489 | Complaint and Jury Demand of Leonard Vogel v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 243 | 6490-6514 | Amended Complaint and Jury Demand of Michael C. Wagner v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 244 | 6515-6535 | Complaint and Jury Demand of Robert R. Wagner v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 245 | 6536-6556 | Complaint and Jury Demand of Sandra S. Wagner v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 246 | 6557-6570 | Complaint and Jury Demand of Dennis Welch v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 247 | 6571-6590 | Complaint and Jury Demand of Robert J. Welch v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 248 | 6591-6611 | Complaint and Jury Demand of Don Wilkins and Eugene Braley v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 249 | 6612-6634 | Complaint and Jury Demand of James Wilkins, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 250 | 6635-6649 | Amended Complaint and Demand for Jury Trial of Margaret J. Wright, et al. v. State of Montana, et al. |
| BNSF 251 | 6650-6668 | Second Amended Complaint and Demand for Jury Trial of Margaret J. Wright, et al. v. State of Montana, et al. |
| BNSF 252 | 6669-6689 | Amended Complaint and Jury Demand of Deborah Zahner |

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 253 | 6690-6710 | Complaint and Jury Demand of Carol Kelley, et al. v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 254 | 6711-6730 | Second Amended Complaint and Demand for Jury Trial of Carl M. Lundstrom, et al. v. State of Montana, et al. |
| BNSF 255 | 6731-6745 | Complaint and Demand for Jury Trial of Carl M. Lundstrom, et al. v. State of Montana, et al. |
| BNSF 256 | 6746-6767 | Complaint and Demand for Jury Trial of Duane R. Erikson, et al. v. State of Montana, et al. |
| BNSF 257 | 6768-6781 | Complaint and Jury Demand of Albert J. Fantozzi v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 258 | 6782-6799 | Complaint and Jury Demand of Francis E. Cole v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 259 | 6800-6813 | Complaint and Jury Demand of Frederick Miller v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 260 | 6814-6831 | Amended Complaint and Demand for Jury Trial of George L. Masters, et al. v. International Paper Company, et al. |
| BNSF 261 | 6832-6847 | Complaint and Demand for Jury Trial of George L. Masters, et al. v. International Paper Company, et al. |
| BNSF 262 | 6848-6866 | Complaint and Jury Demand of James R. Peterson v. W.R. Grace Company (Connecticut), et al. |
| BNSF 263 | 6867-6886 | Amended Complaint and Demand for Jury Trial of Loren Kujawa, et al. v. State of Montana, et al. |
| BNSF 264 | 6887-6907 | Second Amended Complaint and Demand for Jury Trial of John Martineau, et al. v. State of Montana, et al. |
| BNSF 265 | 6908-6924 | Complaint and Demand for Jury Trial of John Martineau, et al. v. State of Montana, et al. |
| BNSF 266 | 6925-6943 | Complaint and Jury Demand of Myra E. Cole v. Burlington Northern Santa Fe Railway Company, et al. |
| BNSF 267 | 6944-6962 | Amended Complaint and Demand for Jury Trial of Rob Neils, et al. v. State of Montana, et al. |
| BNSF 268 | 6963-6980 | Complaint and Jury Demand of Dee Dee Newmarch v. W.R. Grace Company (Connecticut), et al. |
| BNSF 269 | 6981-6997 | First Amended Complaint and Demand for Jury Trial of Alvin Nicholls, et al. v. State of Montana, et al. |
| BNSF 270 | 6998-7014 | Complaint and Demand for Jury Trial of Howard Orr v. International Paper Company, et al. |
| BNSF 271 | 7015-7033 | Second Amended Complaint and Demand for Jury Trial of Robert Petrusha, et al. v. State of Montana, et al. |
| BNSF 272 | 7034-7052 | Complaint and Jury Demand of Denise M. Raan v. W.R. Grace Company (Connecticut), et al. |
| BNSF 273 | 7053-7071 | Second Amended Complaint and Demand for Jury Trial of Ray Ramel, et al. v. State of Montana, et al. |
| BNSF 274 | 7072-7091 | Second Amended Complaint and Demand for Jury Trial of Guenther E. Schauss, et al. v. State of Montana, et al. |
| BNSF 275 | 7092-7111 | Complaint and Demand for Jury Trial of Guenther E. |

#13857745 v1

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | Schauss, et al. v. State of Montana, et al. |
| BNSF 276 | 7112-7134 | Second Amended Complaint and Demand for Jury Trial of Doloris Spady, et al. v. International Paper Company, et al. |
| BNSF 277 | 7135-7146 | Complaint and Demand for Jury Trial of Doloris Spady, et al. v. International Paper Company, et al. |
| BNSF 278 | 7147-7162 | Complaint and Jury Demand of Barbara Spencer v. WR Grace Company (Connecticut), et al. |
| BNSF 279 | 7163-7179 | Complaint and Demand for Jury Trial of Thomas J. Kelly v. International Paper Company, et al. |
| CNA017(A) | | CNA Excess Policy -Boston Old Colony LX2666569 (07/17/1974 - 06/30/1977) (CONFIDENTIAL) |
| CNA017(B) | | CNA Excess Policy Harbor Insurance Co. 120346 (07/17/1974 - 06/30/1977) (CONFIDENTIAL) |
| CNA017(C) | | CNA Excess Policy -Continental Casualty Co. RDX1788117 (06/30/1977 -06/30/1978) (CONFIDENTIAL) |
| CNA017(D) | | CNA Excess Policy (CONFIDENTIAL) RDX1788118 (06/30/1977 -06/3O/1rn8) |
| CNA017(E) | | CNA Excess Policy -Continental Casualty Co. RDX1784282 (06/30/1979 -06/30/1980) (CONFIDENTIAL) |
| CNA017(F) | | CNA Excess Policy -Continental Casualty Co. RDX1784981 (06/30/1980 -06/30/1982) (CONFIDENTIAL) |
| CNA017(G) | | CNA Excess Policy -Buffalo Reinsurance Co. BRS07551 (06/30/1981-06/30/1982) (CONFIDENTIAL) |
| CNA017(H) | | CNA Excess Policy –Continental Insurance Co. SRX3193093 (06/30/1981 - 06/30/1982) (CONFIDENTIAL) |
| CNA017(I) | | CNA Excess Policy -London Guarantee LX3193640 (06/30/1981 - 06/30/1982) (CONFIDENTIAL) |
| CNA017(J) | | CNA Excess Policy -Continental Casualty Co. RDX1785056 (06/30/1982 -06/30/1983) (CONFIDENTIAL) |
| CNA017(K) | | CNA Excess Policy -Buffalo Reinsurance Co. BRS08040 (06/30/1982 -06/30/1983) (CONFIDENTIAL) |
| CNA017(L) | | CNA Excess Policy -Continental Insurance Co. SRX1591702 (06/30/1982 -06/30/1983) (CONFIDENTIAL) |
| CNA017(M) | | CNA Excess Policy -London Guarantee LX1898010 (06/30/1982 -06/30/1983) (CONFIDENTIAL) |
| CNA017(N) | | CNA Excess Policy -Continental Casualty Co. RDX1785096 (06/30/1983 -06/30/1984) (CONFIDENTIAL) |
| CNA017(O) | | CNA Excess Policy Continental Insurance Co. SRX1591976 |

#13857745 v1

| Confirmation Trial Exhibit (BNSF) | Bates No. (BURL) | Exhibit Description |
|---|---|---|
| | | (06/30/1983 - 06/30/1984) (CONFIDENTIAL) |
| CNA017(P) | | CNA Excess Policy London Guarantee LX2107836 (06/30/1983 -06/30/1984) (CONFIDENTIAL) |
| CNA018(A) | | First Layer Excess Policy Underlying CNA Coverage – Unigard Mutual Insurance Co. 1-2517 (06/30/1974 - cancelled) (CONFIDENTIAL) |
| CNA018(B) | | First Layer Excess Policy Underlying CNA Coverage- Northbrook Insurance Co. 63-001-170 (06/30/1975 - 06/30/1976) (CONFIDENTIAL) |
| CNA018(C) | | First Layer Excess Policy Underlying CNA Coverage – Lloyds of London 76DD1594C (06/30/1976 -06/30/1979) (CONFIDENTIAL) |
| CNA018(D) | | First Layer Excess Policy Underlying CNA Coverage – Lloyds of London 79DD1633C (06/30/1979 -06/30/1982) (CONFIDENTIAL) |
| CNA018(E) | | First Layer Excess Policy Underlying CNA Coverage – Lloyds of London KY017582 (06/30/1982 -06/30/1985) (CONFIDENTIAL) |
| CNA019(A) | | CNA Primary Policy Continental Casualty Co. CCP902-36-70 6/30/1973 - 06/30/1976 (CONFIDENTIAL) |
| CNA019(B) | | CNA Primary Policy -Continental Casualty Co. CCP 2483440 6/30/1976 -06/30/1983 (CONFIDENTIAL) |
| CNA019(C) | | CNA Primary Policy -Continental Casualty Co. CCP2483440 6/30/1983 - 6/30/1985 (CONFIDENTIAL) |

#13857745 v1

Dated:  February 15, 2011
        Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ James C. Carignan
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Tel.:  215-981-4000
Fax:  215-981-4750

*Counsel to BNSF Railway Company*

- and –

Robert J. Phillips, Esq.
PHILLIPS LAW FIRM P.C.
283 West Front Street, Suite 301
P.O. Box 8569
Missoula, Montana 59807-8569
Telephone: 406-721-7880
Facsimile: 406-721-0058

*Co-counsel to BNSF Railway Company*

\

#13857745 v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, James C. Carignan, do hereby certify that on February 15, 2011, I served the foregoing

BNSF Railway Company's Designation Of Record And Statement Of Issues On Appeal by

causing copies thereof to be served via hand delivery and facsimile upon the entities on the

service list attached hereto as **<u>Exhibit A.</u>**  I further certify that on February 15, 2011, I served the

Designation by causing copies thereof to be served via first class mail, postage prepaid and

facsimile upon the entities on the service list attached hereto as **<u>Exhibit B.</u>**

Dated:  February 15, 2011
       Wilmington, Delaware

PEPPER HAMILTON LLP


/s/ James C. Carignan
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390

Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

Counsel for BNSF Railway Company

# EXHIBIT A

Debtors
c/o Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Fax: 302-652-4400

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
Fax: 302-573-6497

Libby Claimants
c/o Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Fax: 302-467-4450

The CNA Companies
c/o Edward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
P.O. Box 1070
Wilmington, Delaware 19899
Fax: 302-658-7567

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

Official Committee
of Asbestos Personal Injury Claimants
c/o Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

Official Committee of Asbestos Property
Damage Claimants
c/o Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

Asbestos PD Future Claimants'
Representative
c/o Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Fax: 302-888-0606

-2-

# EXHIBIT B

Debtors
c/o Lisa G. Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Fax: 312-862-2200

Libby Claimants
c/o Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Fax: 617-482-3868

The CNA Companies
c/o Jonathan W. Young, Esq.
Jeff Chang, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
Fax: 312-416-4524

The CNA Companies
c/o Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Fax: 202-346-4444

Official Committee
of Asbestos Personal Injury Claimants
c/o Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Debtors
c/o Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602
Fax: 312-641-2165

The CNA Companies
c/o Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Fax: 212-344-4294

The CNA Companies
c/o Daniel M. Glosband, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
Fax: 617-523-1231

David T. Austern, Asbestos PI Future
Claimants' Representative
c/o Richard H. Wyron, Esq.
Roger Frankel, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Fax: 202-339-8500

Official Committee
of Asbestos Personal Injury Claimants
c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
Fax: 202-429-3301

#13861227 v1

Official Committee of Asbestos Property
Damage Claimants
c/o Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Fax: 305-374-7593

Asbestos PD Future Claimants'
Representative
c/o Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Elm Street, Suite 4244
Dallas, TX 75270
Fax: 214-749-0325

#13861227 v1