**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>W.R. Grace & Co., *et al.*,<br><br>        Debtors | Bankruptcy Case No. 01-01139 (JKF) |
| BNSF Railway Company,<br><br>        Appellant,<br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>        Appellees | Civil Action No. 11-207 (RLB)<br><br>Bankruptcy Case No. 01-01139 (JKF) |
| Libby Claimants,<br><br>        Appellants,<br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>        Appellees | Civil Action No. 11-208 (RLB)<br><br>Bankruptcy Case No. 01-01139 (JKF) |

**JOINT MOTION FOR ENTRY OF AGREED ORDER CONSOLIDATING
APPEALS AND SETTING SCHEDULE FOR BRIEFING**

The Libby Claimants, BNSF Railway Company, the Debtors, the Asbestos PI Committee, the Asbestos PI FCR and the CNA Companies, being all appellants and appellees in the above-captioned appeals (the "Appeals"), respectfully request the Court enter an order in the form attached hereto as Exhibit A (the "Proposed Order") (a) pursuant to Fed. R. Bankr. P. 7042, consolidating the Appeals for procedural purposes and (b) establishing the agreed briefing schedule for the Appeals reflected in the Proposed Order.

In support of this motion, the parties state that (a) consolidation is warranted because both of the Appeals are taken from the Bankruptcy Court's Order Approving the Settlement

Agreement Between the Debtors and the CNA Companies entered on January 22, 2011 [Docket No. 26106], and (b) the proposed briefing schedule is reasonable and has been agreed upon by all of the parties.

WHEREFORE, the parties respectfully request the Court enter the Proposed Order.

Dated: June 22, 2011
      Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, Delaware 19801
Telephone: (302) 467-4400

- and -

Daniel C. Cohn
Ryan M. MacDonald
MURTHA CULLINA, LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 457-4000

*Co-Counsel for the Libby Claimants (Appellants)*

PEPPER HAMILTON LLP

*/s/ Henry J. Jaffe*
Henry J. Jaffe (No. 2987)
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

*Counsel for BNSF Railway Company (Appellant)*

        KIRKLAND & ELLIS LLP
John Donley
Adam Paul
Lisa G. Esayian
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000

Deanna D. Boll
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800

     - and -

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:  (312) 836-4022

     - and -

  */s/ James E. O'Neill*
Laura Davis Jones (No. 2436)
James E. O'Neill (No. 4042)
Timothy Cairns (No. 4228)
Kathleen P. Makowski (No. 3648)
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100

*Co-Counsel for Debtors and Debtors in Possession (Appellees)*


ROSENTHAL, MONHAIT & GODDESS, P.A.

  */s/ Edward B. Rosenthal*
Edward B. Rosenthal
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899
Telephone:  (302) 656-4433

- and -

GOODWIN PROCTER LLP
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 346-4000

*Co-Counsel for CNA Companies (Appellee)*

CAMPBELL & LEVINE, LLC

  */s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone:  (302) 426-1900

- and -

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125

Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:   (202) 862-5000

*Counsel for Official Committee of Asbestos Personal Injury Claimants (Appellee)*

PHILLIPS, GOLDMAN & SPENCE, P.A.

  */s/ John C. Phillips*
John C. Phillips (No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone:  (302) 655-4200

- and -

          ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400

*Co-Counsel for David T. Austern, Asbestos PI Future Claimants' Representative (Appellee)*